UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THERESA MARIE JONES,
    Plaintiff,

v.                                                 Case No. 6:13-cv-1115-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Theresa Marie Jones' complaint brought pursuant to the Social Security Act to obtain judicial review of a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her applications for Social Security benefits (Doc. 1). On January 28, 2015, United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation recommending that the Commissioner's decision be reversed and remanded for further proceedings. (Doc. 25.) Defendant filed objections to the Report and Recommendation on February 5, 2015 (Doc. 26), and Jones filed a response to Defendant's objections on February 7, 2015 (Doc. 27). Having reviewed the Report and Recommendation (Doc. 25) and filings in this case, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 25) is **APPROVED** and **ADOPTED**.

2. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this ___19___ day of February, 2015

                                                                   G. KENDALL SHARP
                                                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record