# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THERESA MARIE JONES,

        Plaintiff,

v.                                                    Case No. 6:13-cv-1115-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

---

## ORDER

This case was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff Theresa Marie Jones' Petition for Attorney Fees (Doc. 30). The Court having reviewed the Report and Recommendation (Doc. 31), and there being no objections filed, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 31) is **APPROVED and ADOPTED** as part of this order. Jones' Petition for Attorney's Fees (Doc. 30) is **GRANTED in part** and **DENIED in part**. The Court **GRANTS** the Petition (Doc. 30) to the extent that the Court awards EAJA fees to Jones, as the prevailing party, in the amount of $5,029.81; otherwise, the Petition (Doc. 30) is **DENIED**. The Clerk of the Court is directed to enter judgment accordingly.

**DONE AND ORDERED** at Orlando, Florida, this ___14___ day of May, 2015.

                                                          G. KENDALL SHARP
                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record